*October 7, 1992*

## MERIT DOCKET

**92–1822.** State ex rel. Altiere v. Trumbull Cty. Bd. of Elections. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter and was considered in a manner prescribed by law. Upon consideration of relator's request for oral argument,

IT IS ORDERED that said request for oral argument be, and the same is hereby, denied, effective October 6, 1992.

IT IS FURTHER ORDERED by the court, effective October 6, 1992, that said writ of prohibition be, and the same is hereby, granted, for the reasons stated in the opinion to follow.

MOYER, C.J., SWEENEY, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

HOLMES, J., would deny the writ.

## MOTION DOCKET

**92–1888.** State ex rel. Ohio Civ. Serv. Emp. Assn., Local 11, AFSCME, AFL–CIO v. Trimble. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's request for a restraining order or injunction,

IT IS ORDERED by the court, effective October 6, 1992, that an alternative writ be, and hereby is, granted, and respondent is to show cause on or before October 13, 1992, why the writ of mandamus should not be granted.

## MISCELLANEOUS DISMISSALS

**91–1903.** State ex rel. Central States Can Co./Van Dorn Co. v. Indus. Comm. *Franklin County*, No. 90AP–1351. This cause, here on appeal from the Court of Appeals for Franklin County, was considered in the manner prescribed by law. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective October 6, 1992.

**92–1444.** State v. Mack. *Cuyahoga County*, No. 60707. *Sua sponte*, cause dismissed for want of prosecution, effective October 2, 1992.